THE PEOPLE, ex rel. JOSEPH BORK, Appellant, *v.* FRANK T. GILBERT et al., Respondents.

(Argued May 1, 1884; decided June 3, 1884.)

*Norris Morey* for appellant.

*Tracy C. Becker* for respondents.

Order of General Term denying motion of relator to be discharged from imprisonment and remanding him to the custody of the warden of the State's prison at Auburn, reversed and the said relator remanded to the custody of the sheriff of Erie county, to be dealt with according to law.

All concur.

No opinion.